**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Brent HUGHES, Defendant–Appellant.**

No. 03–50889.

United States Court of Appeals,
Fifth Circuit.

Nov. 15, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, U.S. Attorney's Office, Western District Of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM: *

This court affirmed the judgment of conviction and sentence of Brent Hughes. *See United States v. Hughes,* 95 Fed.Appx. 671(5th Cir.2004). The Supreme Court vacated and remanded for further consideration in light of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). *See Hughes v. United States,* 543 U.S. 1102, 125 S.Ct. 1027, 160 L.Ed.2d 1012 (2005). We requested and received supplemental letter briefs addressing the impact of *Booker.*

The Government concedes that Hughes preserved his sentencing challenge before the district court, and that the error was not harmless. Accordingly, Hughes's conviction is AFFIRMED, and his sentence is **VACATED** and REMANDED for further proceedings consistent with this opinion and *Booker.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.